[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**FILED** LS
4/26/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
OCT 31 2018 KB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Valentin N. Georgiev
_____
_____
_____
(Name of the plaintiff or plaintiffs)

v.

Busey Bank
_____
_____
_____
(Name of the defendant or defendants)

CIVIL ACTION

1:18-cv-07263
Judge Marvin E. Aspen
Magistrate Judge Sheila M. Finnegan

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Valentin N. Georgiev** of the county of **DuPage** in the state of **Illinois**.

3. The defendant is **Busey Bank**, whose street address is **115 N Neil Str. Ste 101**, (city) **Champaign** (county) _____ (state) **IL** (ZIP) **60820**
(Defendant's telephone number) (___) - _____

4. The plaintiff sought employment or was employed by the defendant at (street address) **2016 S Washington** (city) **Naperville** (county) **DuPage** (state) **IL** (ZIP code) **60658**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) MAY, (day)_____, (year) 2017

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒ has not / ☐ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about
       (month) APRIL (day)_____ (year) 2018

   (ii) ☒ the Illinois Department of Human Rights, on or about
       (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and
      (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) August (day) 04TH (year) 2018

(c) Attached is a copy of the

   (i) Complaint of Employment Discrimination,

   ☒ YES  ☐ NO, but a copy will be filed within 14 days.

   (ii) Final Agency Decision

   ☒ YES  ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) August (day) 04TH (year) 2018 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☐ Age (Age Discrimination Employment Act).

   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

Case: 1:18-cv-07263 Document #: 10 Filed: 04/26/19 Page 4 of 17 PageID #:42

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.

    (b) ☒ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☒ other (specify): DEFENDANT REFUSED FAMILY MEDICAL LEAVE AND LONG TERM DISABILITY

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:18-cv-07263 Document #: 10 Filed: 04/26/19 Page 5 of 17 PageID #:43

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Also I'm looking for financial compensation for all the stress and challenges because of improper termination. Hard time for my family and myself

13. The facts supporting the plaintiff's claim of discrimination are as follows:

On April 29th, 2017 I had a bad car accident going back home after social event related to Busey Bank business. On May 11th I send requested email on my manager and asking for FML & Disabilities from group insurance. Instead my wife receiving termination letter.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff. N/A

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☒ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): FML, LTD, FAMILY INSURANCE, REIMBURSEMENT FOR UNPAID LOANS

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

*[signature]*

(Plaintiff's name)

VALENTIN N. GEORGIEV

(Plaintiff's street address)

28 W 260 Purnell Rd

W.

(City) West Chicago (State) IL (ZIP) 60185

(Plaintiff's telephone number) (30) - 912 - 1197

Date: _____

6

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
TTY: (312) 869-8001
ENFORCEMENT FAX: (312) 869-8220
STATE & LOCAL FAX: (312) 869-8077
LEGAL FAX: (312) 869-8124

FILE REVIEWS FAX: (312) 869-8220
MEDIATION: (312) 869-8060
HEARINGS FAX: (312) 869-8125

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sylvia Bustos** and either mailed to the address above, faxed to **(312) 869-8220** or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests). _Be sure to include your name, address, phone number and EEOC charge number with your request_.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* _Before filing a lawsuit_, but within 90 days of your receipt of the Right to Sue, or

* _After your lawsuit has been filed._ If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.

If you are the _Respondent_ you may be granted access to the file _only after_ a lawsuit has been filed. Include with your request a copy of the entire court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Aloha Print Group, 60 East Van Buren, Suite 1502, Chicago, IL 60605, (312) 542-1300.** You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, it is recommended that you first review your file to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent **in its entirety** to the copy service, **and you will be responsible for the cost**. Payment must be made directly to **Aloha Print Group,** which charges 15 cents per page.

(Revised 04 20 2016, previous copies obsolete)

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Valentin N. Georgiev
28W260 Purnell Road
West Chicago, IL 60185

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2018-04285 | Daniel Gajda, Investigator | (312) 869-8131 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Julianne Bowman_ 8/1/18
Julianne Bowman, (Date Mailed)
District Director

Enclosures(s)

cc: BUSEY BANK
c/o Carol Slough, EVP Human Resources
115 North Neil Street, Ste. 101
Champaign, IL 61820

To: EEOC, Chicago

From: Valentin N. Georgiev

28W260 Purnell Rd, West Chicago, IL 60185

## RE: Improper termination and discrimination behavior from Busey Bank against my family and myself

On April 29th, 2017 we had a bad car accident (police report attached). As a result I became permanent disabled (see attached Award Letter from SSA).

Last Year in May I send a detailed email to my Manager – Mr. Mike Turney, HR Department, and to my operational team explaining what had happened and asking for a short term disabilities (attached).

HR Dept. was communicating with my wife and they told her that she will receive any moment documents which must be signed by the doctors and retuned back to HR in order to start FML – Family Medical Leave. Instead my wife received a letter that I'm terminated (attached).

Talking recently to case worker from SSA I was advised to ask IDES if they can help with income since May – November, 2017. I stopped in local office of IDES and following their advice I called EEOC.

I was not able to physically take care for all this matter because of my health. I have not been able to drive myself and have just recently been able to drive myself locally. The pain and side effects of the medications and results of the car accident have left me unable to function at the high level I am used to. I have poor memory and severe mobility issues. The combination of all these side effects and medical issues have left me unable to take care of this matter until now.

Please open a case and grant me a face to face interview with EEOC employee in the local office, because of:

- My medical conditions,
- Some speech problems which I have since I was born regardless language I'm using.

Respectfully,

Valentin N. Georgiev

Email: valngeo@gmail.com

Mobile: 312-912-1197

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 2 Sheets

**INVESTIGATING AGENCY:** Aurora Police Department
**AGENCY CRASH REPORT NO:** 2017-0007115
**IY002**
**DATE OF CRASH:** 4/29/2017
**TIME:** 11:32 PM
**NUMBER MOTOR VEHICLES INVLD:** 2

| | DRAC | PEDV | TRFD | TRFC | WEAT | DRVA | LVIS | LGHT | COLL | MANV | PPA | PPI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U1 | 1 | 1 | 3 | 4 | 1 | 4 | 1 | 1 | 5 | 11 | 11 | |
| U2 | 1 | 1 | | | | 1 | 1 | 1 | | 11 | 11 | |

**TYPE OF REPORT:**
- [ ] ON SCENE
- [ ] NOT ON SCENE (DESK REPORT)
- [x] AMENDED

**DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY:**
- [ ] $500 OR LESS
- [ ] $501 - $1,500
- [x] OVER $1,500

- [x] A. No Injury / Drive Away
- [ ] B. Injury and / or Tow Due To Crash

**HIGHWAY OR STREET NAME:** N EOLA RD
**(CIRCLE)** (F) / MI / N (S) E W **AT INTERSECTION WITH:**
**(NAME OF INTERSECTION OR ROAD FEATURE):** NORTH AURORA RD
**(CIRCLE)** F MI N S E W
**ADDRESS NO:** 15
- [x] AT INTERSECTION

**City:** AURORA **County:** DU PAGE **Township:** [ ]

### UNIT 1

**NAME:** [x] DRIVER [ ] PARKED [ ] DRIVERLESS [ ] PED [ ] PEDAL [ ] EQUES [ ] NMV [ ] NCV
VARGAS-SANCHEZ, CUAUHTEMOC
**STREET ADDRESS:** 25759 WINCHESTER CIR E UNIT 1
**CITY:** XXXXXXXXXXX **STATE:** XX **ZIP:** XXXXX
**TELEPHONE:** (630) 393-9201
**DRIVER LICENSE NO:** XXXXXXXXXXX **STATE:** IL **CLASS:** D
**TAKEN TO:** Refused **EMS AGENCY:** Refused

**DATE OF BIRTH:** XXXXXXXX
**SEX:** M **SAFT:** 2 **AIR:** 4 **INJURY:** O **EJECT:** 1
**MAKE:** FORD **MODEL:** EXPLORER **YEAR:** 2004
**PLATE NO:** E277888 **STATE:** IL **YEAR:** 2017
**VIN:** 1FMZU75W84ZA27476

**HIT & RUN:** [ ] Y [x] N
**PRIVATE PROPERTY:** [ ] Y [x] N
**INTERSECTION RELATED:** [x] Y [ ] N
**DOORING WITH PEDALCYCLIST?:** [ ] Y [x] N
**POINT OF FIRST CONTACT:** 1
**CIRCLE NUMBER(S) FOR DAMAGED AREA(S):**
00 - NONE
10 - UNDER CARRIAGE
11 - TOTAL (ALL AREAS)
12 - OTHER
99 - UNKNOWN
**POINT OF FIRST CONTACT:** 5

**OWNER ADDRESS (STREET, CITY, STATE, ZIP):**
25759 WINCHESTER CIR E 1, XXXXXXXXXXX, XX, XXXXX
**VEHICLE OWNER (LAST, FIRST, M.I.):** VARGAS-SANCHEZ, CUAUHTEMOC
**TELEPHONE:** (630) 393-9201
**INSURANCE CO:** UNINSURED
**POLICY NO:** UNINSURED



### UNIT 2

**NAME:** [x] DRIVER [ ] PARKED [ ] DRIVERLESS [ ] PED [ ] PEDAL [ ] EQUES [ ] NMV [ ] NCV
GEORGIEV, YANA K
**STREET ADDRESS:** 1130 BLUE HERON WAY
**CITY:** XXXXXXX **STATE:** XX **ZIP:** XXXXX
**TELEPHONE:** (312) 799-9065
**DRIVER LICENSE NO:** XXXXXXXXXXX **STATE:** IL **CLASS:** D
**TAKEN TO:** Refused **EMS AGENCY:** Medic-4

**DATE OF BIRTH:** XXXXXXXX
**SEX:** F **SAFT:** 2 **AIR:** 4 **INJURY:** C **EJECT:** 1
**MAKE:** TOYOTA **MODEL:** AVALON **YEAR:** 2001
**PLATE NO:** S401099 **STATE:** IL **YEAR:** 2017
**VIN:** 4T1BF28B11U126687

**CIRCLE NUMBER(S) FOR DAMAGED AREA(S):**
00 - NONE
10 - UNDER CARRIAGE
11 - TOTAL (ALL AREAS)
12 - OTHER
99 - UNKNOWN
**POINT OF FIRST CONTACT:**

**OWNER ADDRESS (STREET, CITY, STATE, ZIP):**
1130 BLUE HERON WAY XXXXXXXXXXX, XX, XXXXX
**VEHICLE OWNER (LAST, FIRST, M.I.):** GEORGIEV, YANA K
**TELEPHONE:** (312) 799-9065
**INSURANCE CO:** ALLSTATE
**POLICY NO:** 962131082

**PASSENGERS & WITNESSES ONLY (NAME) (ADDR) (TEL):**
GEORGIEV, VALENTIN N, 837 REVERE CT XXXXXXXXXXXX, XX, XXXXX / (312) 799-9065

| | EVSD | EVNT1 | LOC1 | SEX | SAFT | AIR | INJ | EJCT |
|---|---|---|---|---|---|---|---|---|
| 1 | | 11 | 1 | M | 2 | 4 | C | 1 |
| 2 | XXXXXXX | 11 | 1 | F | 2 | 4 | C | 1 |
| 3 | | | | | | | | |

**DOB:** XXXXXXXX

### UNIT 1

| | 1 | 2 | 3 |
|---|---|---|---|
| IMPACT | [x] | [ ] | [ ] |

### UNIT 2

| | 1 | 2 | 3 |
|---|---|---|---|
| IMPACT | [ ] | [x] | [ ] |

**DAMAGED PROPERTY:**
**PROPERTY OWNER NAME:** 
**PROPERTY OWNER ADDRESS CITY STATE ZIP:**

**ARREST NAME:** VARGAS-SANCHEZ, CUAUHTEMOC
**SECTION:** 11-601(A) **CITATION NO:** A686822 **CITATION NO:** A686824
**ARREST NAME:** VARGAS-SANCHEZ, CUAUHTEMOC
**SECTION:** 3-707 **CITATION NO:** A686824

**OFFICER ID:** 152 **SIGNATURE:** Eric Rappa
**BEAT / DIST:** 3/14 **SUPERVISOR ID:** Thomas Hinterlong, 437

**DATE POLICE NOTIFIED:** 4/29/2017 **TIME NOTIFIED:** 11:32 [x] AM [ ] PM
**COURT DATE:** 6/7/2017 **COURT TIME:** 9:00 [x] AM [ ] PM

**CONTRIBUTORY CAUSE(S):** PRIMARY 28 SECONDARY 27
**POSTED SPEED LIMIT:** 45

**Did crash occur in a Work Zone?** [ ] Y [x] N
If YES check one below:
- [ ] Construction
- [ ] Maintenance
- [ ] Utility
- [ ] Unknown work zone type
**Workers present?** [ ] Y [x] N

| | VEHT | TRFW | LARS CODE | U2 | NO LANES | ALIGN | RSUR | VEHU | U1 | BAC | U2 NO OCCS | U1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U1 | 15 | 3 | | | 1 | 4 | 1 | 2 | | 96 | 1 | 1 |
| U2 | | | | | | 1 | | 2 | | 96 | 2 | |



XD00782537

X000782537

A Diagram and Narrative are required on all Type B crashes, even if units have been moved prior to the officer's arrival.

Diagram Drawn Not To Scale

N

EOLA RD

NORTH AURORA RD

**NARRATIVE** (Refer to vehicle by Unit No.)

SQUAD 263-NO VIDEO

(2017-007115)

Driver of Unit 2 related in summary, she was traveling N/B Eola Rd., approaching a red light at North Aurora Rd. She stopped at the red light, and Unit 2 was suddenly rear ended by Unit 1. Unit 1 briefly pulled over, and the driver of Unit 1 said he was going to move out of the intersection, and then accelerated quickly and went E/B North Aurora Rd. instead. Driver of Unit 2 and Passenger of Unit 2 described the driver as a male white or light skinned Hispanic, approximately 35 years old, bald, and had a goatee and was wearing light colored clothing. Driver of Unit 2 and Passenger of Unit 2 also described the vehicle as a silver Ford SUV. Additionally, the front license plate of Unit 1 left an imprint on the rear end of Unit 2 reading (E277888). That license plate was also on the street at the

**LOCAL USE ONLY**

Motorist 1 Report No: 2014096523  N 41.7815
Motorist 2 Report No: 20140841041  W -88.2421

U1 Color: **Silver, Aluminum**  U2 Color: **Gold**

U1 Towed by / to:   U2 Towed Ⓧ / to: **City Auto Wreckers**

U1 Race: **H**  U2 Race: **W**

**COMMERCIAL MOTOR VEHICLE (CMV)**

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A
ADDITIONAL UNIT'S FORMS

A CMV is defined as any motor vehicle used to transport passengers or property and
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination), or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus), or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose), or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle.

UNIT _____

CARRIER NAME _____

ADDRESS _____

CITY/STATE/ZIP _____

USDOT NO. _____  ILLCC NO. _____

Source of above info. ☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book

Gross Vehicle Weight Rating (GVWR) _____

Were HAZMAT placards displayed on the vehicle ? ☐ Y ☐ N

If yes, name on placard _____

4-Digit UN no. _____  1-digit Hazard Class no _____

Did HAZMAT Spill from the vehicle (do not consider fuel from the vehicle's own tank) ? ☐ Y ☐ N ☐ UNK

Did HAZMAT Regulations violation contribute to the crash ?
☐ Y ☐ N ☐ UNK

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash ? ☐ Y ☐ N ☐ UNK

Was a Driver/Vehicle Examination Report form completed ?
HAZMAT ☐ Y ☐ N ☐ UNK Out of Service ? ☐ Y ☐ N
MCS ☐ Y ☐ N ☐ UNK Out of Service ? ☐ Y ☐ N

Form No. _____

IDOT PERMIT NO _____ WIDE LOAD ? ☐ Y ☐ N

TRAILER WIDTH(S):  0-96"  97-102"  >102"
TRAILER 1  ☐  ☐  ☐
TRAILER 2  ☐  ☐  ☐

TRAILER LENGTH(S): 1 _____ ft  TRAILER 2 _____ ft

TOTAL VEHICLE LENGTH _____ ft

CRASH LOCATION: ☐ CITY OF _____ OR ☐ NEAREST CITY
_____ MILES N E S W OR _____
CIRCLE ONE CITY NAME

SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION _____ NO. OF AXLES _____
CARGO BODY TYPE _____ LOAD TYPE _____

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 2 of 2 Sheets

Agency Crash Report No: **2017-0007115**

IY002

| DRAC | PED | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV | RDA | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| u | 3 | 4 | 1 | u | u | u | u | 5 | 11 | u | u | u |

**INVESTIGATING AGENCY:** Aurora Police Department

**DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY:**
- ☐ $500 OR LESS
- ☐ $501 - $1,500
- ☑ OVER $1,500

**TYPE OF REPORT:**
- ☐ ON SCENE
- ☑ NOT ON SCENE (DESK REPORT)
- ☐ AMENDED

☑ A. No Injury / Drive Away
☐ B. Injury and/or Tow Due To Crash

**DATE OF CRASH:** 4/29/2017  **TIME:** 11:32 ☐ AM ☑ PM

**NUMBER MOTOR VEHICLES INVLD:** 2

**ADDRESS NO:** 15 (CIRCLE) ☑ FT / ☐ MI  N ⓢ E W (CIRCLE)

**HIGHWAY OR STREET NAME:** N EOLA RD

☐ AT INTERSECTION WITH: **NORTH AURORA RD** (NAME OF INTERSECTION OR ROAD FEATURE)

**City:** ☑ City  **Township:** ☐  **County:** DU PAGE

LARS CODE

### UNIT 1 / SEAT 1 (DRIVER)

NAME ☐ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV

| NAME | DATE OF BIRTH | SEX | SAFT | AIR | INJURY | EJECT | | | |
|---|---|---|---|---|---|---|---|---|---|

STREET ADDRESS
CITY — STATE — ZIP

TELEPHONE — DRIVER LICENSE NO — STATE — CLASS

TAKEN TO — EMS AGENCY

VEHICLE OWNER (LAST, FIRST M.I.)
OWNER ADDRESS (STREET, CITY, STATE, ZIP)

INSURANCE CO. — POLICY NO

| MAKE | MODEL | YEAR | PLATE NO | STATE | VIN |

CIRCLE NUMBER(S) FOR DAMAGED AREA(S)
00 - NONE
10 - UNDER CARRIAGE
11 - TOTAL (ALL AREAS)
12 - OTHER
99 - UNKNOWN
POINT OF FIRST CONTACT ☐

DOORING WITH PEDAL CYCLIST? ☐ Y ☑ N

HIT & RUN ☐ Y ☑ N  INTERSECTION RELATED ☑ Y ☐ N  PRIVATE PROPERTY ☐ Y ☑ N

TOWED DUE TO CRASH Y/N ☐ ☐
FIRE ☐ ☐
CELLPHONE ☐ ☐
EXCEED SPEED LIMIT ☐ ☐
COM VEH ☐ ☐
* IF YES SEE SIDEBAR

RD LANES: 4
ALIGN: 1
RSUR: 
BAC: 
VEH: 2

### UNIT 2 / SEAT 2

NAME ☐ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV

| NAME | DATE OF BIRTH | SEX | SAFT | AIR | INJURY | EJECT |

STREET ADDRESS
CITY — STATE — ZIP

TELEPHONE — DRIVER LICENSE NO — STATE — CLASS

TAKEN TO — EMS AGENCY

VEHICLE OWNER (LAST, FIRST M.I.)
OWNER ADDRESS (STREET, CITY, STATE, ZIP)

INSURANCE CO. — POLICY NO

| MAKE | MODEL | YEAR | PLATE NO | STATE | VIN |

CIRCLE NUMBER(S) FOR DAMAGED AREA(S)
00 - NONE
10 - UNDER CARRIAGE
11 - TOTAL (ALL AREAS)
12 - OTHER
99 - UNKNOWN
POINT OF FIRST CONTACT ☐

HIT & RUN ☐ Y ☑ N  INTERSECTION RELATED ☑ Y ☐ N  PRIVATE PROPERTY ☐ Y ☑ N

TOWED DUE TO CRASH Y/N
FIRE
CELLPHONE
EXCEED SPEED LIMIT
COM VEH
* IF YES SEE SIDEBAR

RDEF: 
ALIGN: 1
RSUR: 
BAC: 
VEH: 2

### PASSENGERS & WITNESSES ONLY

| EVNO | MOST | (EVNT) | (LOC) | DAMAGED PROPERTY OWNER NAME | PROPERTY OWNER ADDRESS | CITY | STATE | ZIP | (HOSP) | CONTRIBUTORY CAUSE(S) PRIMARY / SECONDARY | POSTED SPEED LIMIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ☐ | | | | | | | | | 28 / 27 | 45 |
| 2 | ☐ | | | | | | | | | | |
| 3 | ☐ | | | | | | | | | | |

DAMAGED PROPERTY

(NAME) (ADDR) (TEL) — TELEPHONE

EMS
☐ Construction
☐ Maintenance
☐ Utility
☐ Unknown work zone type

Did crash occur in a Work Zone? ☐ Y ☑ N
If YES check one below
Workers present? ☐ Y ☑ N

### ARREST / CITATION

| | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) | ARREST NAME | SECTION | CITATION NO | DATE POLICE NOTIFIED | TIME NOTIFIED |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | VARGAS-SANCHEZ, CUAUHTEMOC | 11-402 | A686825 | 4/29/2017 | 11:32 ☐ AM ☑ PM |
| 2 | | | | | | VARGAS-SANCHEZ, CUAUHTEMOC | 11-403 | A686822 | COURT DATE | COURT TIME |
| 3 | | | | | | | | | 6/7/2017 | 9:00 ☑ AM ☐ PM |

OFFICER ID: 152
SIGNATURE: Eric Rappa
BEAT / DIST: 3/14
SUPERVISOR ID: 
Thomas Hinterlong, 437

X00078253T

X00078253 7

# COMMERCIAL MOTOR VEHICLE (CMV)

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination), or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

A **Diagram** and **Narrative** are required on all **Type B** crashes, even **if** units have been moved prior to the officer's arrival.

UNIT _____
CARRIER NAME _____
ADDRESS _____
CITY/STATE/ZIP _____
USDOT NO. _____ ILLCC NO. _____
Source of above info. ☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book
Gross Vehicle Weight Rating (GVWR): _____
Were HAZMAT placards displayed on the vehicle? ☐Y ☐N
   If yes, name on placard _____
   4-Digit UN no. _____ 1-digit Hazard Class no. _____
Did HAZMAT Spill from the vehicle (do not consider fuel from the vehicle's own tank)? ☐Y ☐N ☐UNK
Did HAZMAT Regulations violation contribute to the crash?
   ☐Y ☐N ☐UNK
Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐Y ☐N ☐UNK
Was a Driver/Vehicle Examination Report form completed?
   HAZMAT ☐Y ☐N ☐UNK Out of Service? ☐Y ☐N
   MCS ☐Y ☐N ☐UNK Out of Service? ☐Y ☐N
   Form No. _____

IDOT PERMIT NO. _____ WIDE LOAD? ☐Y ☐N
TRAILER WIDTH(S): _____ 0-96" ☐  97-102" ☐  >102" ☐
TRAILER LENGTH(S): TRAILER 1 _____ ft  TRAILER 2 _____ ft
TOTAL VEHICLE LENGTH _____ ft  NO. OF AXLES _____
CRASH LOCATION: ☐ CITY OF _____ OR ☐ NEAREST CITY
   _____ MILES  N E S W  OR _____ CITY NAME
          CIRCLE ONE
SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
   VEHICLE CONFIGURATION _____
   CARGO BODY TYPE _____ LOAD TYPE _____

NARRATIVE (Refer to vehicle by Unit No.)

LOCAL USE ONLY

Motorist Report No: _____
Motorist Report No: _____

N 41.7815
W -88.2421

U Color: _____  U Race: _____
U Towed by / to _____

U Color: _____  U Race: _____
U Towed by / to _____

## Narrative

scene of the accident, right next to the rear end of Unit 2 on Eola Rd.

Driver and Passenger of Unit 2 complained of back pain, and AFD Med 4 responded to check on them. They both refused to be transported to a hospital.

A LEADS/SOS check of the license plate left at this scene registered to Cuauhtemoc Sanchez at 2S759 Winchester CI, Warrenville, IL 60555. I had APD dispatchers notify Warrenville PD of the incident and requested for them to have officers respond to that location to look for the vehicle. APD dispatch informed me that Warrenville PD (Ofc. Macejak #119) located the vehicle in the parking lot at 29W527 Winchester CI, with a person in the driver seat, later identified as Driver of Unit 1.

I responded to that location and verified that the rear license plate of the vehicle Warrenville PD located on Winchester CI matched the front license plate left at the scene of the accident. Driver of Unit 1 stated he was the only who drove his vehicle in the last few hours, and stated he had just returned home from West Chicago. He denied being involved in an accident at Eola Rd./North Aurora Rd.

Ofc. Walden transported Driver and Passenger of Unit 2 to 29W527 Winchester CI to conduct a show up of the driver of Unit 1. Ofc. Walden advised me that both the driver and passenger of Unit 2 positively identified the subject as Driver of Unit 1. See Ofc. Walden's follow up report for further. It should also be noted that Driver of Unit 1 was wearing a light gray hoodie at the time he was located by Warrenville PD.

I packaged the front license plate of Unit 1 (E277888) and submitted it to APD evidence locker 021.

Driver of Unit 1 was taken into custody without incident and transported to APD booking to be held in lieu of bond. He was charged with failure to reduce speed to avoid an accident, operating a vehicle with no insurance, leaving the scene of an accident with vehicle damage, and failure to provide aid or information.



Human Resources
115 N. Neil St., Ste. 101
Champaign, IL 61820
busey.com

Certified Mail
Postal Mail
Email (val.georgiev@busey.com)

Valentin Georgiev
1130 Blue Heron Way
Roselle, IL 60172

May 26, 2017

Val,

Mike Turney reached out to Human Resources to facilitate communication with you in regards to your employment.

On Tuesday, May 23, 2017, Mike sent you an email to your business email address, val.georgiev@busey.com, requesting you contact him at #630-696-4230. He also called you at your work and cell phone numbers, #630-946-0316 and #312-561-8988 respectively, however was unable to reach you and your voice messaging system would not allow him to leave a message. As of today, Mike has not heard from you. Further, Busey Bank's Human Resources Benefits division spoke to your wife on Monday, May 22, 2017 and communicated to her that if you had not reached out to Mike as of yet, to please do so.

To date, Mike has not received any communication from you. Inasmuch as you have failed to respond to Mike's efforts to speak with you directly, this letter is being written to inform you of your termination of employment from Busey effective May 23, 2017 due to performance issues. Enclosed is a copy of the memorandum which has been placed in your personnel file which more specifically sets forth the reasons for your termination. You will also receive a letter from Human Resources Benefits discussing your final pay, retirement and insurance benefits.

Busey IT records show you are in possession of a laptop which is the property of Busey. Please return the laptop and any other Busey property which may be in your possession or control to Busey's Naperville office at 2011 S Washington St, Naperville by Wednesday, May 31, 2017.

Sincerely,

Tonya Hackler-Bayler
SVP/Recruiting & Performance Management Director
Busey
tonya.hacklerbayler@busey.com
217-352-2426

I hope that I'm not going to jail shearing with you this email:

Patti & Melanie are from HR dept. Mike was or still is RVP, Maria was my processor... Any ??'s - call me . Thanks,
BR-VG

From: Val Georgiev
Sent: Thursday, May 11, 2017 1:12 PM
To: Patti Kriegshauser <Patti.Kriegshauser@busey.com>; Turney, Mike <michael.turney@busey.com>; Maria Galdyn <Maria.Galdyn@busey.com>; Moore, Melanie <Melanie.Moore@busey.com>
Cc: kostova_bg@yahoo.com; 'wtnquaestor@aol.com' <wtnquaestor@aol.com>
Subject: a few questions
Importance: High


Good Afternoon Patti,

In last few weeks I have a very bad back/neck/head pain. So far Chicago University Hospital doctors do not have an explanation for the reason for this pain.

Please activate Short Term Disability Insurance policy I have. Please send me a copy from terms and conditions of this coverage. It's almost impossible for me to drive to/from office, as well driving all-around in Chicagoland meeting my current and potential customers. As you know well I'm a 100% commission paid, w/o paid medical or vacation days.

If there is any way STD to be activated before today's day – please let me know.

As well I'm asking all of you to keep this information very private.

Thank you in advance,

P.S. On cc are added : my wife – Yana Georgiev and our family friend/accountant/adviser Mr. Francis P. Murphy. Please fell free to contact them if needed. With this email I'm giving a full authorization to both of them to discuss with Busey Bank HR Department this (only this) matter.

Thank you,

**Valentin N. "Val" Georgiev**

VP/Senior Loan Officer



NMLS ID 1240188


Busey Bank / 2011 S. Washington St., Suite 111 | Naperville, IL 60565

Office 630-946-0316 | Cell 312-912-1197 | Fax 630-946-0322

## Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Great Lakes Program Service Center
600 West Madison Street
Chicago, Illinois 60661-2474
Date: January 22, 2018
Claim Number: 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HA

VALENTIN N GEORGIEV
28W260 PURNELL RD
WEST CHICAGO, IL 60185-4205

You are entitled to monthly disability benefits beginning November 2017.

### The Date You Became Disabled

We found that you became disabled under our rules on May 25, 2017.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is November 2017.

### What We Will Pay And When

- You will receive $1,508.00 for January 2018 around February 14, 2018.
- After that you will receive $1,508.00 on or about the second Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- The day of the month you receive your payments depends on your date of birth.

### Others Who May Be Eligible For Benefits

Your children may now be eligible for benefits on your record. You named the following children when you applied for benefits:

- THOMAS GEORGIEV
- ANDREW GEROGIEV

Enclosure(s):
Pub 05-10153

C

See Next Page